<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Eastern District of Virginia
(State)

Case number *(if known)*: _____    Chapter  __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's Name | **Toys "R" Us Property Company I, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | **TRU 2005 RE Holding Co. 1, LLC** |
|---|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | __04-3829291__ |
|---|---|---|

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **One Geoffrey Way** | |
| Number          Street | Number          Street |
| | P.O. Box |
| **Wayne, New Jersey 07470** | |
| City                          State      Zip Code | City                          State      Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Passaic County, New Jersey** | |
| County | Number          Street |
| | City                          State      Zip Code |

| 5. | Debtor's website (URL) | **https://www.toysrus.com** |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Toys "R" Us Property Company I, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4521 (Department Stores)**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.

| District | _____ | When | _____ MM/DD/YYYY | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ MM/DD/YYYY | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No
☒ Yes.

| Debtor | **See Rider 1** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Eastern District of Virginia** | When | **09/18/2017** MM / DD / YYYY |
| Case number, if known | _____ | | |

| Debtor | Toys "R" Us Property Company I, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | Number | Street | | |
|---|---|---|---|---|
| | City | | State | Zip Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 1-49 | ☒ | 1,000-5,000 | ☐ | 25,001-50,000 |
| ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| ☐ | 200-999 | | | | |

---

**15. Estimated assets**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☒ | $500,000,001-$1 billion |
| ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

---

| Debtor | Toys "R" Us Property Company I, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☒ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/20/2018**
         MM/ DD / YYYY

✗   **/s/ James Young**          **James Young**
Signature of authorized representative of debtor      Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

✗   **/s/ Michael A. Condyles**     Date   **03/20/2018**
Signature of attorney for debtor         MM/ DD/YYYY

**Michael A. Condyles**
Printed name

**Kutak Rock LLP**
Firm name

**901 East Byrd Street, Suite 1000**
Number         Street

**Richmond**         **VA**      **23219-4071**
City         State      ZIP Code

**804-343-5227**         **michael.condyles@kutakrock.com**
Contact phone         Email address

**27807**         **VA**
Bar number         State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Eastern District of Virginia

(State)

Case number *(if known):* _____     Chapter ___11___

☐ Check if this is an
amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On September 18, 2017, each of the entities listed below (collectively, the "Initial Debtors") filed a petition in the United States Bankruptcy Court for the Eastern District of Virginia for relief under chapter 11 of title 11 of the United States Code.  The Initial Debtors' cases are jointly administered under case number 17-34665 (KLP), which is assigned to the chapter 11 case of Initial Debtor Toys "R" Us, Inc.

| |
| --- |
| Toys "R" Us, Inc. |
| Babies "R" Us (Australia) Pty Ltd |
| Geoffrey Holdings, LLC |
| Geoffrey International, LLC |
| Geoffrey, LLC |
| Giraffe Holdings, LLC |
| Giraffe Junior Holdings, LLC |
| MAP 2005 Real Estate, LLC |
| Toys "R" Us - Value, Inc. |
| Toys "R" Us (Australia) Pty Ltd |
| Toys "R" Us (Canada) Ltd. |
| Toys "R" Us Delaware Inc. |
| Toys "R" Us Financial Services Limited |
| Toys "R" Us Property Company II, LLC |
| Toys "R" Us, Europe, LLC |
| Toys Acquisition, LLC |
| Toys R Us (UK) Limited |
| Toys R Us GmbH |
| Toys R Us Limited |
| Toys R Us Properties Limited |
| TRU (BVI) Finance II, Ltd. |
| TRU (Holdings) Limited |
| TRU (UK) H4 Limited |
| TRU (UK) H6, LLC |
| TRU (UK) H7 Limited |
| TRU (UK) H8 Limited |
| TRU Australia Holdings, LLC |
| TRU Europe Limited |
| TRU Global Imports B.V. |
| TRU Guam, LLC |
| TRU of Puerto Rico, Inc. |
| TRU Taj (Europe) Holdings, LLC |
| TRU Taj Finance, Inc. |
| TRU Taj Holdings 1, LLC |
| TRU Taj Holdings 2 Limited |
| TRU Taj Holdings 3, LLC |
| TRU Taj LLC |
| TRU-SVC, Inc. |
| Wayne Real Estate Parent Company, LLC |

On the date hereof, each of the entities listed below (collectively, the "Propco I Debtors") filed a petition in the United States Bankruptcy Court for the Eastern District of Virginia for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to Propco I Debtor Toys "R" Us Property Company I, LLC.

| |
|---|
| Toys "R" Us Property Company I, LLC |
| MAP Real Estate, LLC |
| Wayne Real Estate Holding Company, LLC |
| Wayne Real Estate Company, LLC |
| TRU 2005 RE I, LLC |
| TRU 2005 RE II Trust |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US PROPERTY COMPANY I, LLC, | ) | Case No. 18-_____(___) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Toys "R" Us Property Company I, LLC | Wayne Real Estate Holding Company, LLC | One Geoffrey Way Wayne, New Jersey 07470 | 99.99% |
| Toys "R" Us Property Company I, LLC | Wayne Real Estate Parent Company, LLC | One Geoffrey Way Wayne, New Jersey 07470 | 0.01% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TOYS "R" US PROPERTY COMPANY I, LLC, | Case No. 18-_____(___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Wayne Real Estate Holding Company, LLC | 99.99% |

**Fill in this information to identify the case:**

Debtor name    Toys "R" US Property Company I, LLC

United States Bankruptcy Court for the:    Eastern District of Virginia

Case number (If known): _____    (State)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 29 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 29 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 29 largest unsecured claims.[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 1 | Guggenheim Partners See Note Below | | Term Loan | | | | $129,722,735 |
| 2 | JPMorgan Chase Bank, N.A. See Note Below | | Term Loan | | | | $107,948,080 |
| 3 | H/2 Capital Partners See Note Below | | Term Loan | | | | $107,794,505 |
| 4 | Glendon Capital Management, L.P. See Note Below | | Term Loan | | | | $84,128,926 |
| 5 | Eaton Vance Management See Note Below | | Term Loan | | | | $84,127,451 |

---

[1]    The following list excludes deficiency claims arising under the Debtors' funded debt documents as well as amounts of funded debt claims in the Debtors held by other Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 6 | Deutsche Bank See Note Below | | Term Loan | | | | $61,174,781 |
| 7 | Redwood Capital Management, LLC See Note Below | | Term Loan | | | | $43,795,139 |
| 8 | Seix Investment Advisors Inc See Note Below | | Term Loan | | | | $38,073,803 |
| 9 | Oaktree Capital Management, L.P. See Note Below | | Term Loan | | | | $31,129,744 |
| 10 | Societe Generale See Note Below | | Term Loan | | | | $27,707,589 |
| 11 | Mitsubishi UFJ Securities International PLC See Note Below | | Term Loan | | | | $24,604,412 |
| 12 | Empyrean Capital Partners, LP See Note Below | | Term Loan | | | | $22,359,067 |
| 13 | Whitebox Advisors See Note Below | | Term Loan | | | | $15,000,000 |
| 14 | HSBC Bank USA, National Association See Note Below | | Term Loan | | | | $14,575,284 |
| 15 | Lord, Abbett & Co. LLC See Note Below | | Term Loan | | | | $12,480,986 |
| 16 | Loomis Sayles & Co. See Note Below | | Term Loan | | | | $8,715,826 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 17 | USAA Investment Management Co. See Note Below | | Term Loan | | | | $7,164,963 |
| 18 | AEGON USA Investment Management, LLC See Note Below | | Term Loan | | | | $6,025,000 |
| 19 | Arena Capital See Note Below | | Term Loan | | | | $5,000,000 |
| 20 | Westport Capital Partners LLC See Note Below | | Term Loan | | | | $5,000,000 |
| 21 | Goldman Sachs Asset Management, LP. See Note Below | | Term Loan | | | | $4,620,007 |
| 22 | Wells Fargo Bank, N.A. See Note Below | | Term Loan | | | | $4,437,652 |
| 23 | Graham Capital Management See Note Below | | Term Loan | | | | $4,067,601 |
| 24 | Quadrant Capital Advisors Inc See Note Below | | Term Loan | | | | $3,030,069 |
| 25 | Goldman Sachs Bank USA See Note Below | | Term Loan | | | | $2,952,507 |
| 26 | Morgan Stanley Investment Management Inc. See Note Below | | Term Loan | | | | $1,367,770 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 27 | Muzinich & Co. Inc. See Note Below | | Term Loan | | | | $658,045 |
| 28 | Hillmark Capital Management LP See Note Below | | Term Loan | | | | $462,652 |
| 29 | Citigroup Alternative Investments LLC See Note Below | | Term Loan | | | | $437,981 |

**Note 1: The Debtor is in the process of researching noticing information for each institutional lender and will file an updated list with the court as soon as possible.**

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Toys "R" Us Property Company I, LLC |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| | (State) |
| Case number (If known): | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

- ☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

- ☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

- ☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

- ☐    *Schedule H: Codebtors (Official Form 206H)*

- ☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

- ☐    Amended Schedule

- ☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 29 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☒    Other document that requires a declaration_____List of Equity Security Holders, Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **03/20/2018** | ☒ */s/ James Young* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **James Young** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

**Official Form 202**          Declaration Under Penalty of Perjury for Non-Individual Debtors

**WAYNE REAL ESTATE PARENT COMPANY, LLC**

**BOARD RESOLUTION**

**MARCH 19, 2018**

Effective as of the date written above, the undersigned members of the board of managers, (collectively, the "Board") of the entity first set forth above (the "Company") **HEREBY CONSENT** to the taking of the following actions and **HEREBY ADOPT** the following resolutions by unanimous written consent (this "Written Consent") pursuant to the Company's limited liability company agreement, as applicable, and the applicable laws of Delaware in which the Company is organized:

**Chapter 11 Filing**

WHEREAS, the Board of the Company has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company and its subsidiaries, the strategic alternatives available to them and the effect of the foregoing on the Company and its subsidiaries' business; and

WHEREAS, the Board of the Company has consulted with the management and the financial and legal advisors of the Company and fully considered each of the strategic alternatives available to the Company and its subsidiaries.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the judgment of the Board of the Company, it is desirable and in the best interests of the Company and its Subsidiaries (as defined below) that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") for its subsidiaries, Wayne Real Estate Holding Company, LLC ("Wayne Holdings"); Toys "R" Us Property Company, LLC ("Propco I"); MAP Real Estate, LLC ("MAP Real Estate"); Wayne Real Estate Company, LLC ("Wayne Real Estate"); TRU 2005 RE I, LLC ("TRU 2005 RE I"); and TRU 2005 RE II Trust ("TRU 2005 RE II," and together, with Wayne Holdings, Propco I, MAP Real Estate, Wayne Real Estate, and TRU 2005 RE I, the "Subsidiaries").

**RESOLVED**, that any officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of each of its Subsidiaries, all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each of the Subsidiaries' business.

1

**General**

> **RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

> **RESOLVED**, that the Board of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

> **RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of the Company.

> **RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Consent.

\* \* \* \* \* \* \* \* \* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

/s/
_____
Jonathan Foster

/s/
_____
Paul Leand

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

/s/
_____
Jonathan Foster


/s/
_____
Paul Leand

# TOYS "R" US PROPERTY COMPANY I, LLC

## OMNIBUS RESOLUTIONS

### MARCH 19, 2018

Effective as of the date written above, the independent members of the board of directors, members of the board of managers, individual managers, sole managers and sole members (collectively, the "Board"), as applicable, of the entity first set forth above (the "Company") **HEREBY CONSENT** to the taking of the following actions and **HEREBY ADOPT** the following resolutions by unanimous written consent (this "Written Consent") pursuant to the Company's bylaws or limited liability company agreement, as applicable, and the applicable laws of the jurisdiction in which such Company is organized:

## Chapter 11 Filing

WHEREAS, the Board has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to them and the effect of the foregoing on the Company's business; and

WHEREAS, the Board has consulted with the management and the financial and legal advisors of the Company and fully considered each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company that the Company shall be, and hereby is, authorized to file or cause to be filed voluntary petitions for relief (each a "Chapter 11 Case" and collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

**RESOLVED**, that any officers of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of the Company all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

## General

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute,

1

acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the respective Board of the Company.

**RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Consent.

* * * * * * * * * * * * *

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

/s/ Kathryn A Widdoes
Kathryn A. Widdoes

/s/ Steven P Zimmer
Steven P. Zimmer

# TOYS "R" US PROPERTY COMPANY I, LLC

## OMNIBUS RESOLUTIONS

### MARCH 19, 2018

Effective as of the date written above, the undersigned members of the board of directors, members of the board of managers, individual managers, sole managers and sole members (collectively, the "Board"), as applicable, of the entity first set forth above (the "Company") **HEREBY CONSENT** to the taking of the following actions and **HEREBY ADOPT** the following resolutions by unanimous written consent (this "Written Consent") pursuant to the Company's bylaws or limited liability company agreement, as applicable, and the applicable laws of the jurisdiction in which the Company is organized:

**Chapter 11 Filing**

WHEREAS, the Board of the Company has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to them and the effect of the foregoing on the Company's business; and

WHEREAS, the Board of the Company has consulted with the management and the financial and legal advisors of the Company and fully considered each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the judgment of the Board of the Company, it is desirable and in the best interests of the Company that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"); and

**RESOLVED**, that any officers of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**General**

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and

1

other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that the Board of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of the Company.

**RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Consent.

* * * * * * * * * * * * *

2

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

/s/
Authorized Signatory for Wayne Real Estate Holding Company, LLC

/s/
Authorized Signatory for Wayne Real Estate Parent Company, LLC