**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| Toys "R" Us Property Company I, LLC, *et al.* ) | Case No. 18-31429-KLP |
| Debtor(s) ) | Chapter 11 |
| | (Jointly Administered) |

**APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Toys "R" Us Property Company I, LLC, *et al.*:**

| | |
|---|---|
| Cantor Fitzgerald Securities<br>Attn: Jon Stapleton<br>110 East 59th Street<br>New York, NY 10022 | GGP Limited Partnership<br>Attn: Julie M. Bowden<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607 |
| DDR Corp.<br>Attn: Eric C. Cotton<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122 | Glendon Capital Management, LP<br>Attn: Chris Delaney<br>1620 26th Street, Suite 2000N<br>Santa Monica, CA 90404 |
| Empyrean Investments, LLC<br>Attn: F. Martin Meekins<br>10250 Constellation Blvd.<br>Suite 2930<br>Los Angeles, CA 90067 | |

William K. Harrington
United States Trustee Region 1[1]

Date: May 23, 2018                    By: /s/ Shannon Pecoraro

Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

---

[1]   Acting United States Trustee for Region 4, John P. Fitzgerald, III, is recused from participation in this matter. The matter is proceeding under the direction of William K. Harrington, United States Trustee for Regions 1 and 2.

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2018, I caused to be mailed a true and correct copy of the foregoing, with postage full prepaid herein, via U.S. Mail, to the Committee members as listed above.  The Court has electronically mailed the document to all other necessary parties via the CM/ECF system.


        /s/ Shannon Pecoraro