DANIEL M. PRESS, VSB 37123
CHUNG & PRESS, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
Telephone: (703) 734-3800
Facsimile: (703) 734-0590
*Counsel to Terence M. Tombari, as Co-Trustee of the*
*William A. Tombari Sr. Marital Trust and Co-Personal Representative*
*Of the Estate of Margaret K. Tombari and Grant Properties, LLC of Washington*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>TOYS "R" US PROPERTY COMPANY I, LLC, et al.[1] | Chapter 11<br><br>Case No. 18-31429 (KLP)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO
LOCAL RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Upon the motion (the "Motion") of Daniel M. Press of Chung & Press, P.C., for the admission pro hac vice of Trevor R. Pincock ("Mr. Pincock"), an attorney at the law firm of Lukins & Annis, P.S., 717 Sprague Avenue, Suite 1600, Spokane, Washington 99201; it appearing that the relief requested is in the best interests of the Propco I Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion

---

[1] The debtors in these chapter 11 cases, Toys "R" Us Property Company I, LLC and its debtor affiliates (collectively, the "Propco I Debtors") along with the last four digits of each Propco I Debtor's federal tax identification number, are set forth in the *Final Order (1) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 94].

1

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is granted in its entirety.

2. Trevor R. Pincock is authorized to appear and practice pro hac vice as an attorney for Terence M. Tombari, as Co-Trustee of the William A. Tombari Sr. Marital Trust and Co-Personal Representative of the Estate of Margaret K. Tombari and Grant Properties, LLC of Washington, in the above-captioned chapter 11 case.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Apr 9 2019

/s/ Keith L. Phillips
Judge, U.S. Bankruptcy Court

Entered on Docket: Apr 9 2019

I ASK FOR THIS:

  /s/ Daniel M. Press
Daniel M. Press, VSB 37123
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Movant

1

1

Copies to:
All ECF Notice Recipients

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                            /s/Daniel M. Press
                                            Daniel M. Press

.

1