Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192

*Co-Counsel to Hill Street Properties LLC*

Robert Klyman
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     (213) 229-7000
Facsimile:     (213) 229-6562

-and-

Keith Martorana (admitted *pro hac vice*)
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:     (212) 351-4000
Facsimile:     (212) 351-6391

*Co-Counsel to Hill Street Properties LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[1] | ) Case No. 18-31429 (KLP) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING ON
MOTIONS SCHEDULED FOR APRIL 18, 2019**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on April 18, 2019 at 11:00 a.m. (prevailing Eastern Time):

**I.    UNCONTESTED MATTERS**

1. "New Jersey Tax Motion" Hill Street Properties LLC's Motion for Entry of an Order (I) Recognizing the New Jersey Tax Court's Jurisdiction Over Certain Pending Tax Appeals, (II) Waiving Jurisdiction Over Certain Tax Issues, and (III) Granting Related Relief [Docket No. 1340]

    Responses Received:  None

    Related Documents:  None

---

[1] The debtors in these chapter 11 cases, Toys "R" Us Property Company I, LLC. and its debtor affiliates (collectively, the "Propco I Debtors") along with the last four digits of each Propco I Debtor's federal tax identification number, are set forth in the *Final Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 94].

   Status: This matter is going forward.

2.  "Motion to Extend" Motion for Entry of an Order Extending the Administrative Claims Objection Bar Date [Docket No. 1359]

   Responses Received: None

   Related Documents: None

   Status: This matter is going forward.

## II. CONTESTED MATTERS

3.  "First Omnibus Objection" Hill Street Properties LLC's First Omnibus Objection to Certain (A) Amended Claims, (B) Duplicate Claims, (C) Incorrect Debtor Claims, (D) Insufficient Documentation Claims, and (E) Duplicate Incorrect Debtor Claims [Docket No. 1331]

   Responses Received:

    A.  Response of Jessica Lusk on Behalf of Bella Grigg [Docket No. 1366]

    B.  Informal responses received from the parties set forth on Exhibit A attached hereto

   Related Documents: None

   Status: This matter is going forward with respect to Bella Grigg [Docket No. 1366].

   This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

4.  "Second Omnibus Objection" Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability Claims, and (E) Satisfied Tax Claims [Docket No. 1332]

   Responses Received:

    A.  Response of Running Hill SP LLC to Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability

        Claims, and (E) Satisfied Tax Claims (Re: Claim No. 585 Identified on Schedule 1) [Docket No. 1374]

B.    Claimant, Robert L. Sinclair's Response to the Notice of Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability Claims, and (E) Satisfied Tax Claims [Docket No. 1402]

C.    Response of Jeahara Shenteal-Schalk [Docket No. 1407]

D.    Response of Wyzetta Covington [Docket No. 1415]

E.    Response of Park Brooke Hazlet LLC to Notice of Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability Claims, and (E) Satisfied Tax Claims [Docket No. 1419]

F.    Response of RPT Realty LLC, Successor-in-Interest to Ramco-Gershenson, Inc. to Notice of Hill Street Properties LLC's Second Omnibus Objection to Claims [Docket No. 1429]

G.    Response of Amir Hayat [Docket No. 1430]

H.    Response of Williams Parkway, LLC to Notice of Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability Claims, and (E) Satisfied Tax Claims [Docket No. 1431]

I.    RCG-Lithonia Marketplace, LLC's Response to Hill Street Properties, LLC's Second Omnibus Objection [Docket No. 1433]

J.    G&I VIII Lakeshore Marketplace, LLC's Response to Hill Street Properties, LLC's Second Omnibus Objection [Docket No. 1434]

K.    Response of Lea Company, LLC as Successor-in-Interest to Lea Company, a Virginia General Partnership to Notice of Hill Street Properties LLC's Second Omnibus Objection to Claims [Docket No. 1436]

L.    Response of Kin Properties, Inc. and Related Affiliates to Hill Street's Second Omnibus Objection to Claims [Docket No. 1439]

M.    Response of Mallview Plaza Company, Ltd.to Hill Street Properties LLC's Second Omnibus Claim Objection [Docket No. 1441]

N.    Informal responses received from the parties set forth on Exhibit A attached hereto

<u>Related Documents</u>:  None

    Status:    This matter is resolved with respect to the response filed by Running Hill SP LLC [Docket No. 1374] and the objection is withdrawn.

    This matter is going forward with respect to Robert L. Sinclair [Docket No. 1402], Jeahara Shenteal-Schalk [Docket No. 1407], Wyzetta Covington [Docket No. 1415], and Amir Hayat [Docket No. 1430].

    This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

### III. ADJOURNED MATTERS

5. "First Interim Fee Applications" Various First Interim Fee Applications [Docket Nos. 561, 562, 563, 565, 567, 569, and 587]

    Responses Received: None

    Related Documents:

    A.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 726]

    Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested is being adjourned to the hearing scheduled for May 29, 2019.

6. "Kutak Final Fee Application" Final Application of Kutak Rock LLP, Co-Counsel for the Propco I Debtors and Debtors-In-Possession, for Allowance of Final Compensation and Reimbursement of Expenses Incurred for the Period March 20, 2018 through March 5, 2019 [Docket No. 1307]

    Responses Received: None

    Related Documents: None

    Status: This matter is being adjourned to the hearing scheduled for May 29, 2019.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated: April 16, 2019

/s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:  (804) 644-1700
Facsimile:   (804) 783-6192
Email:        Michael.Condyles@KutakRock.com
               Peter.Barrett@KutakRock.com
               Jeremy.Williams@KutakRock.com

- and -

**GIBSON, DUNN & CRUTCHER LLP**
Robert Klyman
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
E-mail: rklyman@gibsondunn.com

- and -

Keith Martorana  (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
E-mail: kmartorana@gibsondunn.com

*Co-Counsel to Hill Street Properties LLC*

**EXHIBIT A**

| Claimant | Claim Number | Omnibus Objection No. | Status |
|---|---|---|---|
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 467 | 1 | Hearing adjourned to May 15, 2019 |
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 468 | 1 | Hearing adjourned to May 15, 2019 |
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 469 | 1 | Hearing adjourned to May 15, 2019 |
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 470 | 1 | Hearing adjourned to May 15, 2019 |
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 471 | 1 | Hearing adjourned to May 15, 2019 |
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 472 | 1 | Hearing adjourned to May 15, 2019 |
| A.C. (a minor child … ); Lauren Crain; Kenneth Crain | 473 | 1 | Hearing adjourned to May 15, 2019 |
| Bali Properties, Inc. | 612 | 1 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Bali Properties, Inc. | 708 | 1 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| DGRetail Leaseco, LLC | 350 | 1 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Lebcon I, Ltd | 378 | 1 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Santa Roasa Southside, LLC | 541 | 1 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Sparky Baby LLC | 347 | 1 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| 3503 RP Charleston North Rivers, L.L.C. | 611 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Alexander, Bonnie | 447 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Alisue LLC and Fundamentals Company, Inc. | 192 | 2 | Hearing adjourned to May 15, 2019 |
| Bali Properties, Inc. | 551 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Berwick-Krausz | 542 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| CFT NV Developments, LLC | 280 | 2 | Hearing adjourned to May 15, 2019 |
| Cherry Hill UE, LLC | 529 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Daniel G. Kamin Lima Enterprises | 296 | 2 | Hearing adjourned to May 15, 2019 |
| Esan LLC | 187 | 2 | Hearing adjourned to May 15, 2019 |
| Fairfield Gateway, LP | 618 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Forum Lone Star, LP | 502 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Fundamental Company Trust, Fundamentals Company, Inc., | 194 | 2 | Hearing adjourned to May 15, 2019 |
| Gateway Pinole Vista, LLC | 545 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Gateway Pinole Vista, LLC | 621 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| In Retail Fund Woodfield Commons, L.L.C. | 396 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| In Retail Fund Woodfield Commons, L.L.C. | 596 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |

| Claimant | Claim Number | Omnibus Objection No. | Status |
| --- | --- | --- | --- |
| IRC University Crossings, LLC | 281 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| IRC University Crossings, LLC | 391 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| JDK Townline LLC | 420 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Lea Company, LLC | 528 | 2 | Hearing adjourned to May 15, 2019 |
| Mallview Plaza Company, Ltd. | 290 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Mascot LLC, Jesue LLC and Alisue LLC | 204 | 2 | Hearing adjourned to May 15, 2019 |
| Mattone Group Raceway LLC, JMM Raceway LLC, and Gart Rd | 594 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Park Brooke Hazlet LLC | 576 | 2 | Hearing adjourned to May 15, 2019 |
| RPAI Newnan Crossing II, LLC | 495 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| RPT Realty LLC | 681 | 2 | Hearing adjourned to May 15, 2019 |
| SCI ITC South Fund | 351 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Star-West Louis Joliet, LLC | 314 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Sunset Hills Owner, LLC | 598 | 2 | Hearing adjourned to May 15, 2019 |
| The Landing at Arbor Place II, LLC | 364 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| UE Mundy Street LP | 530 | 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Williams Parkway LLC | 531 | 2 | Hearing adjourned to May 15, 2019 |
| Williams Parkway LLC | 538 | 2 | Hearing adjourned to May 15, 2019 |
| A&W Acquisitions, LLC | 404 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Alisue LLC and Diajeff LLC | 584 | 1 and 2 | Hearing adjourned to May 15, 2019 |
| Aursan Company LLC | 435 | 1 and 2 | Hearing adjourned to May 15, 2019 |
| DGRetail Leaseco, LLC | 463 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| DGRetail Leaseco, LLC | 465 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Family Center Orem Shopping Center, LLC | 292 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Fay Estates LLC | 509 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| G&I VIII Lakeshore Marketplace, LLC | 540 | 1 and 2 | Hearing adjourned to May 15, 2019 |
| Hamilton Crossing CMBS, LLC | 654 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Hareff, LLC | 424 | 1 and 2 | Hearing adjourned to May 15, 2019 |
| IN Retail Fund Woodfield Commons, LLC | 596 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| JDK Townline LLC | 411 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |

| Claimant | Claim Number | Omnibus Objection No. | Status |
| --- | --- | --- | --- |
| Jefferson Mall CMBS, LLC | 655 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| KIR Minnetonka L.P. | 638 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Midmall Resources Limited Partnership | 520 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| National Land Resources, LP | 525 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Potomac Run, LLC | 487 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| RCG-Lithonia Marketplace, LLC | 557 | 1 and 2 | Hearing adjourned to May 15, 2019 |
| RVT Erie Marketplace LLC | 274 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Santa Roasa Southside, LLC | 546 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Smithtown Venture Limited Liability Company | 501 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Sparky Baby LLC | 491 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Springsan Company LLC | 426 | 1 and 2 | Hearing adjourned to May 15, 2019 |
| Terrence M. Tombari, as Co-Trutee of the William A. Tombari | 496 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Valley View (Unit 1) L.L.C. | 537 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| WEINGARTEN NOSTAT, INC. | 445 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Westlake Shopping Center, LLC | 270 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Westlake Shopping Center, LLC | 633 | 1 and 2 | Response deadline extended to May 8, 2019 and hearing adjourned to May 15, 2019 |