Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:       (804) 644-1700
Facsimile:       (804) 783-6192

*Co-Counsel to Hill Street Properties LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[1] | ) | Case No. 18-31429 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING HILL STREET PROPERTIES LLC'S SECOND OMNIBUS OBJECTION TO CERTAIN (A) REDUCED CLAIMS, (B) INSUFFICIENT DOCUMENTATION CLAIMS, (C) SATISFIED LEASE CLAIMS, (D) NO LIABILITY CLAIMS, AND (E) SATISFIED TAX CLAIMS

Upon the omnibus objection (the "Objection")[2] of Hill Street Properties LLC for entry of an order (this "Order"):  (a)  modifying or disallowing and expunging the Disputed Claims identified on **Schedules 1-5** attached hereto, in accordance with section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007–1; and (b) granting related relief, all as more fully set forth in the Objection; and it appearing that the relief requested is in the best interests of the Propco I Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157

---

[1]  The debtors in these chapter 11 cases, Toys "R" Us Property Company I, LLC. and its debtor affiliates (collectively, the "Propco I Debtors") along with the last four digits of each Propco I Debtor's federal tax identification number, are set forth in the *Final Order (I) Directing Joint Administration of Hill Street' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 94].

[2]  Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Objection.

and 1334; and consideration of the Objection and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and notice of the Objection having been adequate and appropriate

under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED:

1.      The Objection is granted as set forth in this Order.

2.      Any response to the Objection not otherwise withdrawn, resolved, or adjourned is

hereby overruled on its merits.

3.      Each Reduced Amount Claim, as identified on **Schedule 1** to this Order, is modified

to the amount identified in the column titled "Modified Claim" in **Schedule 1** to this Order;

*provided*, that Hill Street maintains the right to object to any Proof of Claim identified in the

"Modified Claim" column on **Schedule 1** on any applicable grounds.

4.      Each Insufficient Documentation Claim identified on **Schedule 2** attached to this

Order is disallowed and expunged in its entirety.

5.      Each Satisfied Lease Claim identified on **Schedule 3** attached to this Order is

disallowed and expunged in its entirety.

6.      Each No Liability Claim identified on **Schedule 4** attached to this Order is

disallowed and expunged in its entirety.

7.      Each Satisfied Tax Claim identified on **Schedule 5** attached to this Order is

disallowed and expunged in its entirety.

8.      Prime Clerk LLC, Hill Street's notice and claims agent, is directed to update the

claims register to reflect the relief granted in this Order.

9.      Except as provided in this Order, nothing in this Order will be deemed (a) an admission or finding as to the validity of any Proof of Claim against a Propco I Debtor entity, (b) a waiver of the right of Hill Street to dispute any Proof of Claim against any Propco I Debtor on any grounds whatsoever, at a later date, (c) a promise by or requirement on any Propco I Debtor to pay any Proof of Claim, (d) an implication or admission that any particular Proof of Claim is of a type specified or defined in this Order, or (e) a waiver of the rights of Hill Street under the Bankruptcy Code or any other applicable law.

10.     Each of the Disputed Claims and the objections by Hill Street to each of the Disputed Claims, as addressed in the Objection and set forth on **Schedules 1-5**, each attached to this Order, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any claimants whose Proofs of Clam are subject to this Order will only apply to the contested matter that involves such claimant and will not act to stay the applicability or finality of this Order with respect to the other contested matters identified in the Objection or this Order.

11.     Hill Street is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  Apr 22 2019
Richmond, Virginia

/s/ Keith L. Phillips
THE HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Apr 23 2019

WE ASK FOR THIS:

 /s/ *Jeremy S. Williams*                              

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192

*Co-Counsel to Hill Street Properties LLC*

<u>**CERTIFICATION OF ENDORSEMENT**</u>
<u>**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**</u>

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

      /s/ *Jeremy S. Williams*

**Schedule 1**

**Reduced Amount Claims**

SCHEDULE 1

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Reduced/Reconciled Per Debtor's Books and Records**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| BEST BUY STORES, L.P. ATTN: LEGAL DEPARTMENT - REAL ESTATE 7601 PENN AVENUE SOUTH RICHFIELD, MN 55423 | 474 | 11/8/2018 | TRU 2005 RE I, LLC 18-31431 | $2,850.00<br>$103,699.80 | P<br>U | $0.00<br>$99,057.00 | P<br>U | Amount due per debtor's books and records is $99,057; no basis for priority portion of claim. |
| CITY OF WARNER ROBINS JIM ELLIOT PO BOX 8629 WARNER ROBINS, GA 31095 | 339 | 6/29/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $3,794.39 | U | $0.00 | U | No amounts due per debtor's books and records. |
| CLIFFORD ENTITIES, LLC SPOKANE VALLEY PLAZA 818 W RIVERSIDE AVE STE 660 SPOKANE, WA 99201 | 615 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $20,667.09 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| EVERETT MALL 01, LLC MOYE WHITE LLP TIMOTHY M. SWANSON 1400 16TH ST., 6TH FLR. DENVER, CO 80202 | 533 | 11/12/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $2,938.76 | U | $0.00 | U | No amounts due per debtor's books and records. |
| FAIRFIELD GATEWAY, LP BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 | 617 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $25,151.14<br>$21,423.24 | A<br>U | $0.00<br>$0.00 | A<br>U | No amounts due per debtor's books and records. |
| FORT GRATIOT CHARTER TOWNSHIP 3720 KEEWAHDIN RD FORT GRATIOT, MI 48059 | 341 | 4/30/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $987.59 | U | $0.00 | U | No balance due per debtor's books and records. |
| FOURTH QUARTER PROPERTIES, VII, INC. BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067-2909 | 544 | 11/12/2018 | TRU 2005 RE I, LLC 18-31431 | $77,766.41<br>$5,500.00 | A<br>U | $0.00<br>$0.00 | A<br>U | Post-petition rent paid by debtor through rejection date of 10/17/18; November fees not due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 1

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Reduced/Reconciled Per Debtor's Books and Records**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| GATEWAY CENTER PROPERTIES III LLC 60 COLUMBUS CIRCLE, 19TH FLOOR NEW YORK, NY 10023 | 480 | 11/9/2018 | TRU 2005 RE I, LLC 18-31431 | $2,462,836.82 | U | $1,461,635.29 | U | Estimated rejection damages per debtor's records for one year of rent, CAM, and taxes is $1,461,635. |
| GREAT EAST MALL, INC. ATTN: LEGAL DEPARTMENT 5577 YOUNGSTOWN-WARREN ROAD NILES, OH 44446 | 675 | 3/28/2018 | TRU 2005 RE I, LLC 18-31431 | $8,386.21 | U | $0.00 | U | No amount due per debtor's books and records. |
| HAP PROPERTY OWNER, L.P. SAMANTHA L. TZOBERI, ESQ. 5555 GLENRIDGE CONNECTOR, SUITE 800 ATLANTA, GA 30342 | 550 | 11/12/2018 | TRU 2005 RE I, LLC 18-31431 | $9,123.73 $199,650.00 | A U | $0.00 $199,650.00 | A U | October 2018 rent paid by debtor, check #7732981. |
| HARBISON COMMUNITY ASSOCIATION 106 HILLPINE ROAD COLUMBIA, SC 29212 | 483 | 6/14/2018 | TRU 2005 RE I, LLC 18-31431 | $5,588.74 | A | $1,376.65 | A | Amount due per debtor's books and records is $1,376.65. |
| JLP-CRANBERRY LLC TOD H. FRIEDMAN 4300 E. FIFTH AVE. COLUMBUS, OH 43219 | 671 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $247.64 | U | $0.00 | U | No amount due per debtor's books and records. |
| LONG CREEK WATERSHED MANAGEMENT DISTRICT ATTN: EXECUTIVE DIRECTOR C/O CCSWCD 35 MAIN STREET, SUITE #3 WINDHAM, ME 04062 | 696 | 7/2/2018 | TRU 2005 RE I, LLC 18-31431 | $6,724.01 | A | $0.00 | A | No amount due per debtor's books and records. |
| NORTHRIDGE OWNER, L.P. BALLARD SPAHR LLP DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST SUITE 800 LOS ANGELES, CA 90067 | 689 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $4,235.28 $6,735.28 | A U | $0.00 $0.00 | A U | No amounts due per debtor's books and records. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 1

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Reduced/Reconciled Per Debtor's Books and Records**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| PACIFIC/DSLA NO. 2, A CALIFORNIA GENERAL PARTNERSHIP LAW OFFICES OF GLEN DRESSER GLEN DRESSER 5250 LANKERSHIM BLVD, SUITE 500 N HOLLYWOOD, CA 91601 | 624 | 8/2/2018 | TRU 2005 RE I, LLC 18-31431 | $23,104.23 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| PARK BROOKE HAZLET LLC C/O PRIDE PROPERTY MANAGEMENT CORP. ATTN: ALEX K. KUFFEL 11 NEW STREET ENGLEWOOD CLIFFS, NJ 07632 | 712 | 3/6/2019 | TRU 2005 RE I, LLC 18-31431 | $34,204.64 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| PRTC, LP., A CALIFORNIA LIMITED PARTNERSHIP ALLAN D. SARVER ESQ. 16000 VENTURA BLVD., SUITE 1000 ENCINO, CA 91436 | 479 | 11/8/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $15,117.06 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| SCI ITC SOUTH FUND SIRLIN LESSER & BENSON, P.C. DANA S. PLON, ESQUIRE 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA, PA 19109 | 102 | 5/7/2018 | TRU 2005 RE I, LLC 18-31431 | $35,743.44 | U | $0.00 | U | No amounts due per debtor's books and records. |
| SCI ITC SOUTH FUND SIRLIN LESSER & BENSON, P.C. DANA S. PLON, ESQUIRE 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA, PA 19109 | 284 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $139,503.56 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| SDC INVESTMENTS, INC. THE VILLAGE SHOPPING CENTER C/O RSC ASSOCIATES, INC. 3120 COHASSET ROAD, SUITE 5 CHICO, CA 95973 | 628 | 7/11/2018 | TRU 2005 RE I, LLC 18-31431 | $16,868.98 | A | $0.00 | A | CAM amounts asserted per claim paid by debtor, check numbers 7732221 and 8664245. |
| SPOKANE VALLEY PLAZA T/A CLIFFORD ENTITIES LLC SPOKANE, WA 99201 | 383 | 7/13/2018 | TRU 2005 RE I, LLC 18-31431 | $12,595.32 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 1

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Reduced/Reconciled Per Debtor's Books and Records**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| TECH ONE ASSOCIATES, L.P. KNOX MCLAUGHLIN GORNALL & SENNETT, P.C. GUY C. FUSTINE, ESQUIRE 120 WEST TENTH STREET ERIE, PA 16501 | 481 | 11/9/2018 | MAP Real Estate, LLC 18-31430 | $93,585.66 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| THF CHESTERFIELD DEVELOPMENT, LLC MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP C/O DAVID P. PRIMACK, ESQ. 300 DELAWARE AVE., SUITE 770 WILMINGTON, DE 19801 | 555 | 11/12/2018 | TRU 2005 RE I, LLC 18-31431 | $92,774.59 | A | $0.00 | A | No post-petition amounts due per debtor's books and records. |
| | | | | $252,804.24 | U | $252,804.24 | U | |
| WATERFORD UTILITY COMMISSION C/O AVENA & KEPPLE, LLC  ATTN: NICHOLAS KEPPLE P.O. BOX 1445 PAWCATUCK, CT 06379 | 561 | 11/13/2018 | TRU 2005 RE I, LLC 18-31431 | $1,575.57 | P | $0.00 | P | Utilities being paid by debtor as they become due. |
| **Totals for 24 Claims** | | | | **$3,686,183.42** | | **$2,014,523.18** | | |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**<u>Schedule 2</u>**

**Insufficient Documentation Claims**

SCHEDULE 2

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Insufficient Support Attached to Claim**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| BATTLE, RAYMOND E<br>C/O LAW OFFICE OF ANDREW S KRYDER LLC ATTN: ANDREW S KRYDER 134 N LASALLE ST 1515<br>CHICAGO, IL 60602 | 417 | 10/29/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $80,000.00 | U | $0.00 | U | Proof of claim only includes medical bills totaling $3,201; claimant does not state how or where injury occurred or provide support for amount claimed. |
| BONACASSIO, MAGGIE<br>C/O LAW OFFICES OF BRIAN J MONGELUZZO ATTN: BRIAN J MONGELLUZZO 1336 WEST MAIN STREET SUIT 1B<br>WATERBURY, CT 06708 | 408 | 10/26/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $16,000.00 | U | $0.00 | U | Need additional documentation to support amount claimed. |
| BRE SKYVIEW RETAIL OWNER LLC<br>SHOPCORE PROPERTIES  LINDA MADWAY, ESQ.  TWO LIBERTY PLACE 50 S. 16TH STREET, SUITE 3325<br>PHILADELPHIA , PA  19102 | 524 | 11/12/2018 | TRU 2005 RE I, LLC<br>18-31431 | $4,322.42<br>$4.92 | A<br>U | $0.00<br>$0.00 | A<br>U | Additional support required to determine store. |
| COVINGTON, WYZETTA<br>153 TURNER ASHBY CT<br>MARTINSVILLE, VA 24112 | 331 | 8/31/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $5,900.00<br>$470,510.00 | P<br>U | $0.00<br>$0.00 | P<br>U | Proof of claim includes itemized listing of damages with no supporting documents; no basis for claiming $5,900 priority portion of claim. |
| CRAIG, LINDA<br>4923 CARIBBEAN WAY W.<br>BENTON, AR 72019 | 484 | 11/9/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $20,000.00 | U | $0.00 | U | Need additional support to determine where and how injury occurred. |
| CROOK, YVONNE<br>C/O MIFFLIN & ASSOCIATES  ATTN: KEN MIFFLIN 4309 SOUTH WESTERN AVENUE<br>LOS ANGELES, CA 90062 | 580 | 11/19/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $19,130.00 | U | $0.00 | U | Need additional documentation to support amount claimed. |
| HAYAT, AMIRR<br>NICOLE BOYD 3467 W. 97TH AVE # 26<br>WESTMINSTER, CO 80031 | 457 | 11/5/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $14,716.39 | U | $0.00 | U | Need additional documentation to support amount claimed. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 2

Toys "R" Us Property Company I, LLC
Second Omnibus Objection
Insufficient Support Attached to Claim

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| ISAS, SERGIO C/O THE SOILEAU LAW FIRM, P.C. ATTN: CHRISTOPHER R. SOILEAU P.O. BOX 1749 DEER PARK, TX 77536 | 477 | 11/8/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $35,000.00 | U | $0.00 | U | Proof of claim provides medical bills totaling $8,080; claimant provides no support for additional amounts claimed and does not describe how or where injury occurred. |
| MARLOW, PATRICIA H. C/O THE LOVELY LAW FIRM  ATTN: JARROD MCPHERSON  804 N OAK STREET MYRTLE BEACH, SC 29577 | 475 | 11/8/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $1,000,000.00 | U | $0.00 | U | Need additional documentation to support amount claimed. |
| MATTESON REALTY LLC C/O NAMDAR REALTY GROUP LLC 150 GREAT NECK REALTY ROAD, SUITE 304 GREAT NECK, NY 11021 | 680 | 4/4/2018 | TRU 2005 RE I, LLC 18-31431 | $9,446.46 | U | $0.00 | U | Need additional support - cannot determine store. |
| PHILLIPS, DANIELLE C/O MORGAN AND MORGAN ATTN: DILLON BROZYNA ONE TAMPA CITY CENTER SUITE 700 TAMPA, FL 33602 | 434 | 10/29/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $300,000.00 | U | $0.00 | U | Need additional documentation to support amount claimed. |
| RAF JOPLIN LLC C/O DAVID A. ELI, ESQ. 3333 RICHMOND ROAD, SUITE 320 BEACHWOOD, OH 44122 | 668 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $98,540.31 | U | $0.00 | U | Need additional support - cannot determine store. |
| SHENTEAL-SCHALK, JEAHARA K 4229 SE 63RD AVE PORTLAND, OR 97206 | 459 | 11/7/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $5,803,194.08 | U | $0.00 | U | Creditor only includes summary schedule itemizing amounts due with no support for the amounts claimed or details of how, where, or when the injury occurred. |
| SLOMEANA, SARAH N C/O WESTMORELAND VESPER QUATTRONE AND BEERS ATTN: DARA A QUATTRONE, ESQUIRE BAYPORT ONE 8025 BLACK HORSE PIKE SUITE 500 WEST ATLANTIC CITY, NJ 08232 | 486 | 11/8/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $100,000.00 | U | $0.00 | U | Proof of claim includes letter from attorney listing various medical summaries; no bills are included, and claimant does not list at which store the accident occurred. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 2

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Insufficient Support Attached to Claim**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| SULLIVAN, PATRICIA AND TIMOTHY C/O BRADY & KUNZ ATTN: THOMAS E. KUNZ, ESQ. PO BOX 4990 680 HOPPER AVENUE, BLDG. C, 2ND FL. TOMS RIVER, NJ 08754 | 478 | 11/8/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | U | $0.00 | U | Creditor includes copy of personal injury complaint filed against TRU 2005 RE I, LLC, but does not include any other support or assert a claim amount. |
| **Totals for 15 Claims** | | | | **$7,976,764.58** | | **$0.00** | | |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

## Schedule 3

**Satisfied Lease Claims**

SCHEDULE 3

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Assumed Lease - Claim Satisfied**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 12535 S.E. 82ND AVENUE C/O HUNTINGTON HOLDINGS, INC. JACK CORWIN 9595 WILSHIRE BLVD., SUITE 411 BEVERLY HILLS, CA 90212 | 365 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $1.00 | A | $0.00 | A | Lease sold to third party - no amounts due. |
| 12535 S.E. 82ND AVENUE LLC C/O HUNTINGTON HOLDINGS, INC. JACK CORWIN  9595 WILSHIRE BLVD., SWUITE 411 BEVERLY HILLS, CA 90212 | 353 | 9/18/2018 | TRU 2005 RE I, LLC 18-31431 | $629,400.00 | U | $0.00 | U | Lease sold to third party - no amounts due. |
| ACF PROPERTY MANAGEMENT, LLC MOYE WHITE LLP TIMOTHY M. SWANSON 1400 16TH STREET SUITE 600 DENVER, CO 80202 | 670 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $1,082.54 | U | $0.00 | U | Lease sold to third party - no amounts due. |
| ACF PROPERTY MANAGEMENT, LLC, ON BEHALF OF PIPELINE 13 A LP MOYE WHITE LLP TIMOTHY M. SWANSON 1400 16TH STREET, 6TH FLOOR DENVER, CO 80202 | 367 | 7/13/2018 | TRU 2005 RE I, LLC 18-31431 | $5,453.19 | A | $0.00 | A | Lease sold to third party - no amounts due. |
| B SQUARE SC COMPANY LTD SOUTHERN MANAGEMENT AND DEVELOPMENT, LP STEVEN LEVIN 2300 NW CORPORATE BLVD. SUITE 135 BOCA RATON, FL 33431 | 357 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $71,287.64 | A | $0.00 | A | Lease sold to third party - no amounts due. |
| BERWICK-KRAUSZ BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067-2909 | 558 | 11/12/2018 | TRU 2005 RE I, LLC 18-31431 | $77,765.33 $7,500.00 | A U | $0.00 $0.00 | A U | Lease sold to third party - no amounts due. |
| BERWICK-KRAUSZ (ALMADEN SQUARE) BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067-2909 | 613 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $119,454.43 | A | $0.00 | A | Lease sold to third party - no amounts due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 3

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Assumed Lease - Claim Satisfied**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| BRIXMOR GRAND TRAVERSE I LLC (BRIXMOR PROPERTY GROUP, INC.) T/A GRAND TRAVERSE-WALMART, TRAVERSE CIT<br><br>C/O BALLARD SPAHR LLP DAVID L. POLLACK, ESQ. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA, PA 19103 | 684 | 4/5/2018 | TRU 2005 RE I, LLC 18-31431 | $56,188.83 | U | $0.00 | U | Lease sold to third party - no amounts due. |
| CAFARO GOVERNOR'S SQUARE PARTNERSHIP ATTN: LEGAL DEPARTMENT 5577 YOUNGSTOWN-WARREN ROAD NILES, OH 44446 | 658 | 3/28/2018 | TRU 2005 RE I, LLC 18-31431 | $45,114.24 | U | $0.00 | U | Lease sold to third party - no amounts due. |
| CORE BLOOMINGTON COMMONS LLC ATTN: JON SPITZ PO BOX 1243 NORTHBROOK, IL 60065 | 321 | 6/25/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $92,003.16 | A | $0.00 | A | Lease sold to third party - no amounts due. |
| CROWLEY INDEPENDENT SCHOOL DISTRICT PERDUE BRANDON FIELDER COLLINS & MOTT, LLP EBONEY COBB 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 372 | 2/6/2018 | TRU 2005 RE I, LLC 18-31431 | $42,366.05 | A | $0.00 | A | Lease sold to third party - no amounts due. |
| EEC PARK PLACE CERRITOS, LLC J. ANDREW DOUGLAS AND WRIGHT KIM DOUGLAS 130 S. JACKSON ST GLENDALE, CA 91205 | 500 | 11/9/2018 | TRU 2005 RE I, LLC 18-31431 | $3,997,575.36 | U | $0.00 | U | Lease assumed per docket #648 - no rejection damages due. |
| GOODRICH CICERO LLC 560 SYLVAN AVE - SUITE 2100 ENGLEWOOD CLIFFS, NJ 07632 | 622 | 6/22/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | A | $0.00 | A | Unliquidated claim - lease assumed per docket #648, no amounts due. |
| GOODRICH CICERO LLC 560 SYLVAN AVE - SUITE 2100 ENGLEWOOD CLIFFS, NJ 07632 | 499 | 11/9/2018 | TRU 2005 RE I, LLC 18-31431 | $1,768.64 | U | $0.00 | U | Lease assumed per docket #648 - no amounts due per debtor. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**SCHEDULE 3**

Toys "R" Us Property Company I, LLC
Second Omnibus Objection
Assumed Lease - Claim Satisfied

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| GOODRICH CICERO LLC 560 SYLVAN AVE- SUITE 2100 ENGLEWOOD CLIFFS, NJ 07632 | 659 | 4/2/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | U | $0.00 | U | Unliquidated claim; lease assumed per docket #648 - no amounts due per debtor. |
| GOODRICH CICERO LLC 560 SYLVAN AVE - SUITE 2100 ENGLEWOOD CLIFFS, NJ 07632 | 374 | 6/22/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | A | $0.00 | A | Unliquidated claim - lease assumed per docket #648, no amounts due. |
| KINGSTOWNE PARCEL O L.P. OFFIT KURMAN PA C/O STEPHEN NICHOLS, ESQ. 4800 MONTGOMERY LANE, 9TH FLOOR BETHESDA, MD 20814 | 534 | 11/12/2018 | TRU 2005 RE I, LLC 18-31431 | $547,985.80 | U | $0.00 | U | Lease assumed per docket #1163 - no rejection damages due. |
| NORTHWEST TARGET LLC 3101 STATE ROAD BAKERSFIELD, CA 93308 | 695 | 7/2/2018 | TRU 2005 RE I, LLC 18-31431 | $14,457.38 | A | $0.00 | A | Lease sold to third party - no amounts due. |
| RABANUS CENTER, L.L.C. C/O VOGEL LAW FIRM ATTN: CAREN STANLEY PO BOX 1389 FARGO, ND 58107-1389 | 323 | 8/21/2018 | TRU 2005 RE I, LLC 18-31431 | $107,523.00 | U | $0.00 | U | Lease sold to third party - no amounts due. |
| THE CAFARO NORTHWEST PARTNERSHIP ATTN: LEGAL DEPARTMENT 5577 YOUNGSTOWN-WARREN ROAD NILES, OH 44446 | 676 | 3/28/2018 | TRU 2005 RE I, LLC 18-31431 | $11,532.16 | U | $0.00 | U | Lease assumed per docket #648 - no amounts due. |
| TOYS CENTER, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY HEDSTROM & COOPERSMITH, LLP 855 LAKEVILLE ST., STE. 200 E PETALUMA, CA 94952 | 705 | 12/12/2018 | TRU 2005 RE I, LLC 18-31431 | $67,506.61 | U | $0.00 | U | Lease sold to third party - no amounts due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 3

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Assumed Lease - Claim Satisfied**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim | | Modified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount * | Class | Amount * | Class | |
| VIKING PARTNERS OVERLAND POINTE MARKETPLACE, LLC | 632 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $77,909.56 | A | $0.00 | A | Lease assumed per docket #648; no amounts due per debtor's books and records. |
| EQUITY MANAGEMENT GROUP, INC ATTN: KELLY MULLINS 840 EAST HIGH STREET LEXINGTON, KY 40502 | | | | | | | | |
| **Totals for 22 Claims** | | | | **$5,973,874.92** | | **$0.00** | | |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

## <u>Schedule 4</u>

**No Liability Claims**

SCHEDULE 4

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**No Liability Claims**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| GDD PROPERTIES LLC 475 SOUTH BROADWAY SALEM, NH 03079 | 688 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | U | $0.00 | U | Claim appears to be for no amount - landlord states they are not associated with case. |
| IN RETAIL FUND WOODFIELD COMMONS, LLC CONNOLLY GALLAGHER LLP KAREN C. BIFFERATO, ESQ. 1000 NORTH WEST STREET, 14TH FLOOR WILMINGTON, DE 19801 | 282 | 7/16/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | A | $0.00 | A | No amount asserted on proof of claim. |
| IVT PRICE PLAZA KATY, LLC INVENTRUST PROPERTY MANAGEMENT, LLC RICHARD N. SPRINGER 3025 HIGHLAND PARKWAY, SUITE 350 DOWNERS GROVE, IL 60515 | 549 | 11/12/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $0.00 | U | $0.00 | U | No amount asserted on proof of claim. |
| RAMCO NOVI DEVELOPMENT ASSOCIATES LIMITED PARTNERSHIP STARK & STARK, PC C/O THOMAS S. ONDER, ESQ. 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648 | 710 | 4/5/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | U | $0.00 | U | No amount asserted on claim. |
| REEP-RTL MILL CREEK NJ, LLC LEVIN MANAGEMENT CORPORATION STARK & STARK, PC C/O THOMAS S. ONDER, ESQ. 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648 | 663 | 4/5/2018 | MAP Real Estate, LLC 18-31430 | $0.00 | U | $0.00 | U | Unliquidated claim - appears to be for store #6623, which is a Toys "R" Us Delaware, Inc. store. |
| SDC INVESTMENTS, INC. THE VILLAGE SHOPPING CENTER C/O RSC ASSOCIATES, INC. 3120 COHASSET ROAD, SUITE 5 CHICO, CA 95973 | 677 | 3/30/2018 | TRU 2005 RE I, LLC 18-31431 | $0.00 | U | $0.00 | U | Creditor claimed all amounts were paid up to date - no amount asserted. |
| TWO STREET PLAZA C/O ALLAN B. SCHNEIROV 1600 MARKET STREET, SUITE 3600 PHILADELPHIA, PA 19103 | 532 | 11/12/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $0.00 | U | $0.00 | U | No amount asserted in proof of claim. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 4

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**No Liability Claims**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| **Totals for 7 Claims** | | | | $0.00 | | $0.00 | | |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

## **Schedule 5**

**Satisfied Tax Claims**

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| ANDERSON COUNTY TREASURER PO BOX 1658 ANDERSON, SC 29622-1658 | 567 | 11/13/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $5,953.02 | P | $0.00 | P | Taxes being paid by debtor as they become due. |
| ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE ARIZONA ATTORNEY GENERAL C/O TAX, BANKRUPTCY AND COLLECTION SCT 2005 N CENTRAL AVE, SUITE 100 PHOENIX, AZ 85004 | 315 | 8/9/2018 | TRU 2005 RE I, LLC 18-31431 | $10,025.66 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE ARIZONA ATTORNEY GENERAL C/O TAX, BANKRUPTCY AND COLLECTION SCT 2005 N CENTRAL AVE, SUITE 100 PHOENIX, AZ 85004 | 458 | 11/6/2018 | TRU 2005 RE I, LLC 18-31431 | $87.69 $99.30 | P U | $0.00 $0.00 | P U | Taxes being paid by debtor as they become due. |
| ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE ARIZONA ATTORNEY GENERAL C/O TAX, BANKRUPTCY AND COLLECTION SCT 2005 N CENTRAL AVE, SUITE 100 PHOENIX, AZ 85004 | 233 | 6/25/2018 | TRU 2005 RE I, LLC 18-31431 | $142.69 $126.80 | P U | $0.00 $0.00 | P U | Taxes being paid by debtor as they become due. |
| BELL COUNTY TAX APPRAISAL DISTRICT C/O LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 369 | 1/22/2018 | TRU 2005 RE I, LLC 18-31431 | $32,720.35 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| BRAZOS COUNTY, TEXAS MCCREARY, VESELKA, BRAGG & ALLEN, P.C. LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 370 | 1/22/2018 | TRU 2005 RE I, LLC 18-31431 | $47,976.15 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| BREVARD COUNTY TAX COLLECTOR HONORABLE LISA CULLEN, CFC P.O. BOX 2500 TITUSVILLE, FL 32781 | 403 | 10/24/2018 | TRU 2005 RE I, LLC 18-31431 | $55,415.25 | S | $0.00 | S | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| CITY OF BANGOR<br>73 HARLOW ST<br>BANGOR, ME 04401 | 507 | 11/12/2018 | TRU 2005 RE I, LLC<br>18-31431 | $46,569.93 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| CITY OF BOWLING GREEN<br>1017 COLLEGE STREET PO BOX 1410<br>BOWLING GREEN, KY 42102 | 342 | 4/30/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $5,214.86 | P | $0.00 | P | Taxes being paid by debtor as they become due. |
| CITY OF JACKSON TENNESSEE<br>PROPERTY TAX 101 E MAIN ST STE 101<br>JACKSON, TN 38301 | 407 | 10/25/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $537.00 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| CITY OF KATY<br>MICHAEL J. DARLOW 1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 6 | 4/6/2018 | TRU 2005 RE I, LLC<br>18-31431 | $18,534.37<br>$0.00 | S<br>P | $0.00<br>$0.00 | S<br>P | Taxes being paid by debtor as they become due. |
| CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT<br>MCCREARY, VESELKA, BRAGG & ALLAN, P.C. LEE GORDON PO BOX 1269<br>ROUND ROCK, TX 78680-126 | 371 | 2/6/2018 | TRU 2005 RE I, LLC<br>18-31431 | $62,209.24 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| CLACKAMAS COUNTY ASSESSMENT & TAX<br>150 BEAVERCREEK RD<br>OREGON CITY, OR 97045 | 464 | 11/8/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $81,150.75<br>$87,150.75 | S<br>P | $0.00<br>$0.00 | S<br>P | Taxes being paid by debtor as they become due. |
| COUNTY OF BUTTE CALIFORNIA<br>TAX COLLECTOR 25 COUNTY CENTER DRIVE<br>OROVILLE, CA 95965-3367 | 490 | 11/8/2018 | TRU 2005 RE I, LLC<br>18-31431 | $48,108.30 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| DOUGLAS COUNTY, NEBRASKA<br>DOUGLAS COUNTY ATTORNEY'S OFFICE<br>909 CIVIC CENTER, 1819 FARNAM ST.<br>OMAHA, NE 68183 | 112 | 5/11/2018 | Toys "R" Us Property Company I, LLC<br>18-31429 | $1,550.10 | P | $0.00 | P | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| EL PASO COUNTY TREASURER PO BOX 2018 COLORADO SPRINGS, CO 80901 | 440 | 10/31/2018 | TRU 2005 RE I, LLC 18-31431 | $93,807.87 $93,807.87 | S P | $0.00 $0.00 | S P | Taxes being paid by debtor as they become due. |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 327 | 8/20/2018 | TRU 2005 RE I, LLC 18-31431 | $800.00 | P | $0.00 | P | Taxes being paid by debtor as they become due. |
| GREGG COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: ELIZABETH WELLER, LAURIE A SPINDLER 2777 N. STEMMONS FRWY STE 1000 DALLAS, TX 75207 | 644 | 1/22/2019 | TRU 2005 RE I, LLC 18-31431 | $33,381.93 $33,381.93 | S A | $0.00 $0.00 | S A | Taxes being paid by debtor as they become due. |
| GREGG COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS, TX 75207 | 652 | 1/31/2019 | TRU 2005 RE I, LLC 18-31431 | $33,381.93 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| GREGG COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS, TX 75207 | 257 | 6/28/2018 | TRU 2005 RE I, LLC 18-31431 | $33,381.93 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| HARRIS COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON, LLP JOHN P. DILLMAN PO BOX 3064 HOUSTON, TX 77253-3064 | 376 | 2/1/2018 | TRU 2005 RE I, LLC 18-31431 | $483,117.62 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| HARRIS COUNTY, ET AL LINEBARGER GOGGAN BLAIR & SAMPSON, LLP JOHN P. DILLMAN PO BOX 3064 HOUSTON, TX 77253-3064 | 119 | 5/15/2018 | TRU 2005 RE I, LLC 18-31431 | $304,166.36 | S | $0.00 | S | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| HARRIS COUNTY, ET AL LINEBARGER GOGGAN BLAIR & SAMPSON, LLP JOHN P. DILLMAN PO BOX 3064 HOUSTON, TX 77253-3064 | 377 | 9/22/2017 | TRU 2005 RE I, LLC 18-31431 | $495,504.84 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| HOUSTON COUNTY GEORGIA TAX COMMISSIONER PO DRAWER 69 PERRY, GA 31069-0069 | 650 | 6/12/2018 | TRU 2005 RE I, LLC 18-31431 | $15,203.71 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| HOUSTON COUNTY REVENUE COMMISSIONER PO DRAWER 6406 DOTHAN, AL 36304 | 343 | 5/4/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $1,489.71 | P | $0.00 | P | Taxes being paid by debtor as they become due. |
| HUMBLE INDEPENDENT SCHOOL DISTRICT CARL O. SANDIN 1235 NORTH LOOP WEST SUITE 600 HOUSTON, TX 77008 | 5 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $51,245.92 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| JACKSON COUNTY OREGON TAXATION OFFICE PO BOX 1569 MEDFORD, OR 97501 | 415 | 10/26/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $65,322.22 $2,211.22 | S P | $0.00 $0.00 | S P | Taxes being paid by debtor as they become due. |
| KATY MANAGEMENT DISTRICT # 1 (HFBM4) CARL O. SANDIN 1235 NORTH LOOP WEST SUITE 600 HOUSTON, TX 77008 | 1 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $30,464.13 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054-0110 | 640 | 1/17/2019 | TRU 2005 RE I, LLC 18-31431 | $177,355.53 | S | $0.00 | S | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| LUBBOCK CENTRAL APPRAISAL DISTRICT LAURA J. MONROE P.O. BOX 817 LUBBOCK, TX 79408 | 393 | 10/22/2018 | TRU 2005 RE I, LLC 18-31431 | $59,491.15 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| MARION COUNTY COLLECTOR P.O. BOX 970 OCALA, FL 34478-0970 | 414 | 9/17/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $50,593.21 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| MCLENNAN COUNTY DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760 | 642 | 1/24/2019 | TRU 2005 RE I, LLC 18-31431 | $17,034.37 $17,034.37 | S A | $0.00 $0.00 | S A | Taxes being paid by debtor as they become due. |
| MCLENNAN COUNTY ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760 | 121 | 5/16/2018 | TRU 2005 RE I, LLC 18-31431 | $17,767.82 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| MIAMI-DADE COUNTY TAX COLLECTOR FINANCE DEPT, TAX COLLECTION DIVISION 200 NW 2ND AVENUE, SUITE #430 MIAMI, FL 33128 | 359 | 4/2/2018 | TRU 2005 RE I, LLC 18-31431 | $205,031.39 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| MIDLAND COUNTY LAURA J. MONROE PO BOX 817 LUBBOCK, TX 79408 | 392 | 10/22/2018 | TRU 2005 RE I, LLC 18-31431 | $1,892.59 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| MONTEREY COUNTY TAX COLLECTOR PO BOX 891 SALINAS, CA 93902 | 513 | 11/12/2018 | TRU 2005 RE I, LLC 18-31431 | $79,676.42 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| MONTGOMERY COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 442 | 11/1/2018 | TRU 2005 RE I, LLC 18-31431 | $81,859.63 | S | $0.00 | S | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| PIERCE COUNTY FINANCE DEPARTMENT 950 FAWCETT AVE, STE 100 TACOMA, WA 98402 | 17 | 4/2/2018 | TRU 2005 RE I, LLC 18-31431 | $78,438.24 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| RAMSEY COUNTY PROPERTY TAX RECORDS & ELECTION SERVICES ATTN TREASURER'S OFFICE 90 WEST PLATO BLVD SAINT PAUL, MN 55107 | 452 | 11/2/2018 | TRU 2005 RE I, LLC 18-31431 | $129,282.00 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| SEDGWICK COUNTY OFFICE OF THE COUNTY COUNSELOR ATTN: PATRICIA J. PARKER 525 N MAIN SUITE 359 WICHITA, KS 67203-3790 | 340 | 5/7/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $41,025.12 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| SMITH COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: ELIZABETH WELLER, LAURIE A SPINDLER 2777 N. STEMMONS FRWY STE 1000 DALLAS, TX 75207 | 645 | 1/22/2019 | TRU 2005 RE I, LLC 18-31431 | $21,216.47 $21,216.47 | S A | $0.00 $0.00 | S A | Taxes being paid by debtor as they become due. |
| SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS, TX 75207 | 285 | 6/28/2018 | TRU 2005 RE I, LLC 18-31431 | $23,811.54 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| SMITH COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS, TX 75207 | 653 | 1/31/2019 | TRU 2005 RE I, LLC 18-31431 | $21,216.47 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| SNOHOMISH COUNTY TREASURER 3000 ROCKEFELLER AVE M/S 501 EVERETT, WA 98201 | 394 | 10/23/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $41,057.12 $41,057.12 | S P | $0.00 $0.00 | S P | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim | | Modified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount * | Class | Amount * | Class | |
| SNOHOMISH COUNTY TREASURER 3000 ROCKEFELLER AVE M/S 501 EVERETT, WA 98201 | 381 | 8/6/2018 | TRU 2005 RE I, LLC 18-31431 | $37,458.58 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| SNOHOMISH COUNTY TREASURER 3000 ROCKEFELLER AVE M/S 501 EVERETT, WA 98201 | 386 | 4/2/2018 | TRU 2005 RE I, LLC 18-31431 | $74,412.40 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| SONOMA COUNTY TAX COLLECTOR 585 FISCAL DR., STE 100 SANTA ROSA, CA 95403 | 568 | 11/13/2018 | TRU 2005 RE I, LLC 18-31431 | $31,163.28 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| TARRANT COUNTY ELIZABETH WELLER LAURIE A SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2777 N. STEMMONS FRWY, STE 1000 DALLAS, TX 75207 | 384 | 1/29/2018 | TRU 2005 RE I, LLC 18-31431 | $36,350.81 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| TARRANT COUNTY ELIZABETH WELLER LAURIE A SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2777 N. STEMMONS FRWY, STE 1000 DALLAS, TX 75207 | 387 | 7/9/2018 | TRU 2005 RE I, LLC 18-31431 | $33,046.19 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| TAXING DISTRICTS COLLECTED BY POTTER COUNTY D'LAYNE CARTER PO BOX 9132 AMARILLO, TX 79105-9132 | 651 | 1/29/2019 | Toys "R" Us Property Company I, LLC 18-31429 | $50,561.90 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| TAXING DISTRICTS COLLECTED BY POTTER COUNTY D'LAYNE CARTER P.O. BOX 9132 AMARILLO, TX 79105-9132 | 337 | 5/7/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $57,165.89 | S | $0.00 | S | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

SCHEDULE 5

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| THE WOODLANDS METRO CENTER MUD MICHAEL J. DARLOW 1235 NORTH LOOP WEST SUITE 600 HOUSTON, TX 77008 | 20 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $2,890.91 $0.00 | S P | $0.00 $0.00 | S P | Taxes being paid by debtor as they become due. |
| THE WOODLANDS ROAD UTILITY DISTRICT # 1 MICHAEL J. DARLOW 1235 NORTH LOOP WEST SUITE 600 HOUSTON, TX 77008 | 2 | 4/6/2018 | TRU 2005 RE I, LLC 18-31431 | $5,919.47 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| TOWNSHIP OF WAYNE DORSEY & SEMRAU, LLC ROBERT J. ROSSMEISSL 714 MAIN STREET P.O. BOX 228 BOONTON, NJ 07005 | 536 | 11/12/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $21,231.38 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| TYLER INDEPENDENT SCHOOL DISTRICT C/O TAB BEALL, PERDUE BRANDON ET AL. PO BOX 2007 TYLER, TX 75710-2007 | 639 | 1/18/2019 | TRU 2005 RE I, LLC 18-31431 | $38,134.27 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| VENTURA COUNTY TAX COLLECTOR ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA, CA 93009-1290 | 647 | 1/28/2019 | TRU 2005 RE I, LLC 18-31431 | $32,362.16 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| WICHITA COUNTY C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 235 | 6/25/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $40,533.01 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| WICOMICO COUNTY, MARYLAND FINANCE OFFICE PO BOX 4036 SALISBURY, MD 21803 | 456 | 10/29/2018 | TRU 2005 RE II Trust 18-31432 | $25,141.72 | S | $0.00 | S | Taxes being paid by debtor as they become due. |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**SCHEDULE 5**

**Toys "R" Us Property Company I, LLC**
**Second Omnibus Objection**
**Tax Claims - Paid by Debtor**

| Claimant Name and Address | Claim # | Claim Date | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| YAKIMA COUNTY TREASURER PO BOX 22530 YAKIMA, WA 98907 | 649 | 6/14/2018 | TRU 2005 RE I, LLC 18-31431 | $16,155.72 | A | $0.00 | A | Taxes being paid by debtor as they become due. |
| YAKIMA COUNTY TREASURER PO BOX 22530 YAKIMA, WA 98907 | 196 | 6/14/2018 | Toys "R" Us Property Company I, LLC 18-31429 | $16,155.72 | S | $0.00 | S | Taxes being paid by debtor as they become due. |
| **Totals for 60 Claims** | | | | **$3,918,981.84** | | **$0.00** | | |

Prepared by Province, Inc.

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.