Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to Hill Street Properties LLC*

Robert Klyman
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    (213) 229-7000
Facsimile:    (213) 229-6562

-and-

Keith Martorana (admitted *pro hac vice*)
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000
Facsimile:    (212) 351-6391

*Co-Counsel to Hill Street Properties LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[1] | Case No. 18-31429 (KLP) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING ON
MOTIONS SCHEDULED FOR MAY 15, 2019**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on May 15, 2019 at 1:00 p.m. (prevailing Eastern Time):

**I.    ADJOURNED MATTERS**

1. "First Omnibus Objection" Hill Street Properties LLC's First Omnibus Objection to Certain (A) Amended Claims, (B) Duplicate Claims, (C) Incorrect Debtor Claims, (D) Insufficient Documentation Claims, and (E) Duplicate Incorrect Debtor Claims [Docket No. 1331]

    Pending Reponses:

    A.    Informal responses received from the parties set forth on **Exhibit A** attached hereto

---

[1] The debtors in these chapter 11 cases, Toys "R" Us Property Company I, LLC. and its debtor affiliates (collectively, the "Propco I Debtors") along with the last four digits of each Propco I Debtor's federal tax identification number, are set forth in the *Final Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 94].

Related Documents: None

Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested was previously entered by the Court.

2. "Second Omnibus Objection" Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability Claims, and (E) Satisfied Tax Claims [Docket No. 1332]

Pending Responses:

A. Response of RPT Realty LLC, Successor-in-Interest to Ramco-Gershenson, Inc. to Notice of Hill Street Properties LLC's Second Omnibus Objection to Claims [Docket No. 1429]

B. Response of Williams Parkway, LLC to Notice of Hill Street Properties LLC's Second Omnibus Objection to Certain (A) Reduced Claims, (B) Insufficient Documentation Claims, (C) Satisfied Lease Claims, (D) No Liability Claims, and (E) Satisfied Tax Claims [Docket No. 1431]

C. RCG-Lithonia Marketplace, LLC's Response to Hill Street Properties, LLC's Second Omnibus Objection [Docket No. 1433]

D. Response of Kin Properties, Inc. and Related Affiliates to Hill Street's Second Omnibus Objection to Claims [Docket No. 1439]

E. Response of Mallview Plaza Company, Ltd. to Hill Street Properties LLC's Second Omnibus Claim Objection [Docket No. 1441]

F. Informal responses received from the parties set forth on **Exhibit A** attached hereto

Related Documents: None

Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested was previously entered by the Court.

Richmond, Virginia
Dated: April 15, 2019

/s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:   (804) 783-6192
Email:       Michael.Condyles@KutakRock.com
             Peter.Barrett@KutakRock.com
             Jeremy.Williams@KutakRock.com

- and -

**GIBSON, DUNN & CRUTCHER LLP**
Robert Klyman
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
E-mail: rklyman@gibsondunn.com

- and -

Keith Martorana  (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
E-mail: kmartorana@gibsondunn.com

*Co-Counsel to Hill Street Properties LLC*

**EXHIBIT A**

| Claimant | Claim Number | Omnibus Objection No. | Status |
| --- | --- | --- | --- |
| Bali Properties, Inc. | 708 | 1 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Lebcon I, Ltd | 378 | 1 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Santa Rosa Southside, LLC | 541 | 1 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| 3503 RP Charleston North Rivers, L.L.C. | 611 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Alisue LLC and Fundamentals Company, Inc. | 192 | 2 | Hearing adjourned to June 27, 2019 |
| Berwick-Krausz | 542 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Cherry Hill UE, LLC | 529 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Esan LLC | 187 | 2 | Hearing adjourned to June 27, 2019 |
| Fairfield Gateway, LP | 618 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Fundamental Company Trust, Fundamentals Company, Inc., A | 194 | 2 | Hearing adjourned to June 27, 2019 |
| Gateway Pinole Vista, LLC | 545 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Gateway Pinole Vista, LLC | 621 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| In Retail Fund Woodfield Commons, L.L.C. | 282 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| In Retail Fund Woodfield Commons, L.L.C. | 396 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| IRC University Crossings, LLC | 281 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| IRC University Crossings, LLC | 391 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| JDK Townline LLC | 420 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Mallview Plaza Company, Ltd. | 290 | 2 | Hearing adjourned to June 27, 2019 |
| Mascot LLC, Jesue LLC and Alisue LLC | 204 | 2 | Hearing adjourned to June 27, 2019 |
| RPT Realty LLC | 681 | 2 | Hearing adjourned to June 27, 2019 |
| SCI ITC South Fund | 351 | 2 | Hearing adjourned to June 27, 2019 |
| Star-West Louis Joliet, LLC | 314 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| The Landing at Arbor Place II, LLC | 364 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| UE Mundy Street LP | 530 | 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Williams Parkway LLC | 531 | 2 | Hearing adjourned to June 27, 2019 |
| Williams Parkway LLC | 538 | 2 | Hearing adjourned to June 27, 2019 |
| Alisue LLC and Diajeff LLC | 584 | 1 and 2 | Hearing adjourned to June 27, 2019 |
| Aursan Company LLC | 435 | 1 and 2 | Hearing adjourned to June 27, 2019 |

| Claimant | Claim Number | Omnibus Objection No. | Status |
|---|---|---|---|
| Hamilton Crossing CMBS, LLC | 654 | 1 and 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Hareff, LLC | 424 | 1 and 2 | Hearing adjourned to June 27, 2019 |
| IN Retail Fund Woodfield Commons, LLC | 596 | 1 and 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Jefferson Mall CMBS, LLC | 655 | 1 and 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Mascot LLC and Jefan LLC | 582 | 1 and 2 | Hearing adjourned to June 27, 2019 |
| RCG-Lithonia Marketplace, LLC | 557 | 1 and 2 | Hearing adjourned to June 27, 2019 |
| Santa Rosa Southside, LLC | 546 | 1 and 2 | Response deadline extended to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Springsan Company LLC | 426 | 1 and 2 | Hearing adjourned to June 27, 2019 |