TREVOR R. PINCOCK  WSBA 36818
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-2015
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
tpincock@lukins.com



*Co-Counsel to Terence M. Tombari, as Co-Trustee of the*
*William A. Tombari Sr. Marital Trust and Co-Personal Representative*
*Of the Estate of Margaret K. Tombari and Grant Properties, LLC of Washington*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>TOYS "R" US PROPERTY COMPANY I,<br>LLC, et al. | Chapter 11<br><br>Case No. 18-31429 (KLP)<br><br>(Jointly Administered) |

**WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that the law firm of Lukins Annis PS, and Trevor R. Pincock, hereby withdraws the Request for Special Notice, Pursuant to Bankruptcy Rules 2002 [Filed under Case No. 17-34665, Docket No. 846], filed on behalf of Terence M. Tombari, as Co-Trustee of the William A. Tombari Sr. Marital Trust and Co-Personal Representative of the Estate of Margaret K. Tombari. The undersigned respectfully requests that no further notices be provided.

1

01943128 6/14/19

DATED this 14th day of June, 2019.

                        LUKINS & ANNIS, P.S.

By: _____
     Trevor R. Pincock    WSBA #36818
     Attorney for Terence M. Tombari

2